1
2
3
4
5

BROWN RUDNICK LLP
CAMILLE M. VASQUEZ, #273377
cvasquez@brownrudnick.com
HONIEH UDENKA, #319103
hudenka@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

6
7

Attorneys for Plaintiffs
MELQUIADES ROBLES and
SHERWIL ROBLES

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11
12

MELQUIADES ROBLES, an
individual; and SHERWIL ROBLES,
an individual,

13                      Plaintiffs,

14   vs.

15   CLAIRE CONTRERAS, an individual,

16                      Defendant.

17

CASE NO. 2:24-cv-05945

**COMPLAINT FOR:**

   **(1)DEFAMATION AND
       DEFAMATION PER SE; and**
   **(2)FALSE LIGHT INVASION OF
       PRIVACY**

18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Melquiades Robles ("Mel") and Sherwil Robles ("Sherwil") (collectively, "Plaintiffs" or the "Robleses"), in support of their Complaint against Defendant Claire Contreras ("Ms. Contreras" or "Defendant") allege on personal knowledge as to themselves and their own conduct, and on information and belief as to all other matters, as follows:

## NATURE OF THE ACTION

1.    This is a case about a social media personality who willfully and knowingly spreads malicious lies about others, in the hope of raising her profile, achieving celebrity status, and monetizing her defamatory posts.  Ms. Contreras routinely publishes vicious, unjustifiable, and blatantly false online attacks on others, which are transparently designed as click-bait.  The harm caused by this malicious conduct is significant.  This action is brought by two of Ms. Contreras' victims, who have been subjected to malicious and defamatory attacks.

2.    Mel and Sherwil Robles are married and share three children together aged 8, 13, and 14.  Mel is a devoted father and husband, a successful businessman, and more recently, a dedicated public servant.  Mel has spent his career taking an active role in civic activities and has held significant roles in his political party. He has focused on building his real estate and restaurant businesses, which thrive.  In 2022, he became more politically involved, and was appointed General Manager of the Philippine Charity Sweepstakes Office (PCSO), the state-owned lottery company tasked with conducting a lottery to raise funds for charity.

3.    Sherwil is a dedicated wife, mother, homemaker, successful and respected businesswoman who runs her own real estate business and rehabilitation facility.  Sherwil places family at the center of her life.  She has never held public office, and notwithstanding her husband's illustrious career, she intentionally lives a private life outside of the public eye.  The Robleses have spent their lives building their reputation in their community and country through business activities, public service, and philanthropy.

2
COMPLAINT

4.      Ms. Contreras' numerous false and defamatory statements detailed below have caused substantial harm to the reputations of the Robleses and diminished their esteem in their community and country.  Her posts have extended to include images of the Robleses' minor daughter, recklessly posted without concern for the harm the Robleses and their children are exposed to.  Ms. Contreras' posts have made Sherwil in particular afraid for the safety and well-being of her family, and especially, her children.  The Robleses bring this action to hold Ms. Contreras accountable for her malicious and harmful online campaign against them.

5.      Since at least December 2023, Ms. Contreras, who also professionally goes by the name "Maharlika," began a demonstrably false smear campaign against the Robleses.  In more than 20 separate videos that were posted to the Internet and made available to the public, Ms. Contreras falsely accused the Robleses of everything from contract killing and assisting terrorists to stealing from the Filipino people.  Ms. Contreras' false videos reach an audience of hundreds of thousands of people internationally.  Her YouTube Channel titled *Boldyak TV* has garnered over 68 million views, and the at-issue videos have each reached over hundreds of thousands of viewers.

6.      By way of non-exhaustive example, Ms. Contreras has published the following false and malicious statements to the public:[1]

a.      "Let's go back to Mel Robles of PCSO, he will just steal the [Filipino] people's money."

b.      "Where will that poor person get the money but of course from looting? They [Robles Family] are looking for property here in America to buy a

---

[1] All statements included herein this Complaint have been professionally translated from Tagalog to English by Transperfect, a professional translation services company, and notarized.  *See* **Exhibit A**.

house.  So before Robles left, my white snake[2] heard that [the Robleses] were looking for a hitman, 10M pesos will be rewarded [for my head]."

7.  Ms. Contreras even went so far to include a photograph of the Robleses' thirteen-year-old daughter to her over 300,000 subscribers, criticizing her appearance while making harmful allegations designed to inspire hatred and ridicule of the Robleses and their minor child in her listeners.

8.  Ironically and notably, it was Ms. Contreras who explicitly called for Mel to be "hanged" and "drugged."

9.  As detailed below, Defendant's actions have caused Plaintiffs extreme reputational, emotional, and financial harm that must be remedied.

### THE PARTIES

10.  Plaintiffs Melquiades and Sherwil Robles are citizens of the Philippines, and at all times mentioned herein, have been residing in Manila, Philippines.

11.  Plaintiffs are informed and believe and thereon allege that Defendant Claire Contreras is a citizen of the State of California and a resident of Los Angeles, California.

### JURISDICTION AND VENUE

12.  Jurisdiction exists and venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332(a)(2) because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.

13.  This Court has personal jurisdiction over Defendant because the Defendant is resident or based in the State of California.

14.  Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events

---

[2] Upon information and belief, the phrase "white snake" as used in Ms. Contreras' videos refers to her alleged source and/or informant.

giving rise to the claim occurred in this judicial district, as Defendant is based here and the statements at issue were published in this judicial district.

## GENERAL ALLEGATIONS

15.     Mel and Sherwil Robles have been partners since 2008, and share three beautiful girls together aged 8, 13, and 14.  In addition to being a devoted father and husband, Mel is a successful businessman, and more recently, a dedicate public servant.  Although Mel has always been involved in civic activities during the course of his career and has held significant roles in his political party, for the better part of the past decade, he has focused on building his real estate and restaurant businesses, which thrive.  In 2022, he became more politically involved, and was appointed General Manager of the Philippine Charity Sweepstakes Office (PCSO), the state owned lottery company tasked to conduct lottery to raise funds for charity. Previously, Mel previously served as the Chief of the Light Rail Transit Authority ("LRTA") and as a board member of the Intercontinental Broadcast Corporation.

16.     Sherwil is a dedicated wife, mother, and homemaker who places family at the center of her life.  She is also a successful and respected businesswoman who runs her own real estate business and rehabilitation facility.  Sherwil, has never held public office, and notwithstanding her husband's illustrious career, she intentionally lives a private life outside of the public eye.

17.     The Robleses have spent their lives building their reputation in their community and country through business, public service, and philanthropy.

18.     Defendant Claire Contreras is a popular social media personality on various platforms and goes by the moniker "Maharlika."  Her YouTube channel *Boldyak TV* has over 300,000 subscribers, and her TikTok accounts combined have amassed over 100,000 followers.  Her videos garner hundreds of thousands of views all over the world.

1

**<u>Ms. Contreras' Malicious Defamation Campaign against the Robleses</u>**

19.     Ms. Contreras has leveled dozens of harmful, unsupported, and outlandish accusations against the Robleses, in a transparent attempt to increase traffic to her online channel and enrich herself at the Robleses' expense by spreading salacious and malicious lies.

        **A.     Ms. Contreras' Ludicrous and Wholly False Claim That the Robleses Hired a Hitman to Kill Her**

20.     In January 2024, while the Robleses were on vacation in California with their family, Ms. Contreras inaccurately claimed to the public that the Robleses had hired an assassin to murder her.  The claim is wholly false and absurd.

21.     More specifically, Ms. Contreras made these false accusations at least nine times in several videos including without limitation the following statements:

        a.     "Mel Robles volunteered to get a multimillion (10M) for my head."

        b.     "So before Robles left, my white snake heard that [the Robleses] were looking for a hitman, 10M pesos will be rewarded [for my head]."

        c.     "I was not wrong.  Right, I showed you a picture of Robles' wife, they went shopping here and were with them when they went and they will kill me.  I told you already that I have sent them to the police, they have been recorded so their names cannot be erased.  Actually, it's not just him, I have many lists written down who are targeting my head."

        d.     "I vlogged to you that I had 10 million pesos on my head and the executor of that was Mel Robles."

        e.     "Didn't you see, the 10 million that will be placed on my head so [the Robleses] can kill me, was taken from Robles's winning."

        f.     "That's according to our white snake, also to clean Maharlika and put 10 million on my head to silence me."

g.    "By the way, I reported Robles to the police, his name is already on alert because according to my white snake, [he has] the power to kill me, okay, for 10 million.  At first, a billion was offered for my head.  Why did it go down?"

h.    "Robles will pay 10 million of that winning to the hitman to kill me because of what I'm exposing.  And because of that I have reported them to the Los Angeles Authority."

i.    "[Mel] volunteered to take care of my head."

22.    These statements are false.  To be clear, the Robleses *have never and would never* contract a hitman.

23.    Ironically, it is Ms. Contreras who has explicitly incited violence online and called for the killing of Mel, including by broadcasting the following statements:

a.    "Those bitches in the PCSO [ . . .] should be hanged."

b.    "I hope the next leader will drug [Mel]."

24.    The statements by Ms. Contreras are false and communicate to her listeners the unmistakable defamatory meaning that the Robleses are criminals who have contracted an assassin to murder her.  These grave allegations are malicious and designed to injure the Robleses' reputation and standing in their community and country.  No valid basis exists upon which Ms. Contreras could reasonably believe that these allegations are true; indeed, they were simply made up out of whole cloth with actual malice.

**B.    Ms. Contreras' False Claims That the Robleses Are Thieves**

25.    Ms. Contreras has falsely published to the public accusations that the Robleses are engaged in theft and bribery, specifically stealing from the Filipino people.  This is categorically false and harmful to the Robleses both personally and professionally.

26.    Ms. Contreras has made these accusations at least thirty times:

a.     "No one from the Senate and Congress wants to investigate those evil politicians who won because of Mel Robles, who is [an] accomplice in the looting and charging of bribe money."

b.     "[Mel is one of the] accomplices in stealing the people's money, they are the promoters.  I already reported that to you before that in less than a year, that animal Mel Robles bought a multimillion house, I think last year even his dog costs a million, his birthday celebration also cost a million."

c.     "The summons for those bitches in the PCSO were not followed because [ . . .] Mel Robles the devil who [was one of the] accomplices because your [the Filipino people's] money is being used up to transport it to their offshore account."

d.     "Go back to Mel Robles's house and their Digital Lotto, they want to steal the people's money."

e.     "[Mel conspired and agreed to] take care of the PCSO.  [He] will steal."

f.     "Robles used to live in Frisco … was poor, and was trained by a religious group, Robles was trained there and had connections, and entered politics, learned to steal and loot.  Because if it's clean money, the neighbor knows that too.  So that's Robles's background in PCSO and they have planned it."

g.     "This wife of Robles is in Beverly Hills. [flashes picture of Sherwil and her minor daughter] another picture... in Vegas. [flashes picture] where will that poor person get the money but of course from looting.  They [Robles Family] are looking for property here in America to buy a house."

h.     "This [referring to Sherwil and her minor daughter] was taken in Beverly Hills, strolling Rodeo Drive and with different outfits.  YSL, not sure of the brand of the shoes but for sure branded, I'm not good with recognizing which designer.  This is to show that every penny [the Robleses] spend are stolen money from the people/government of the Philippines."

i.     "Mel Robles is in the PCSO because he is the one who supplied the money.  [ . . .] That is [Mel's] only goal, to steal money."

j.     "I'm telling that this Robles.   Let's go back to Mel Robles of the PCSO.  He will just steal the people's money."

k.     "[Mel] conspire[s] in that evilness of theft."

l.     But because [Mel] is a liar.  Because he is a demon.  Because he is a thief, it comes out of a person's mouth when he lies and when his personality is evil."

m.     "Robles according to our white snake and the BIR who is his accomplice, is only 100 thousand.  The 900 thousand goes straight to their pockets.  So if it's 2 million, only 100 thousand, the 1.9 will go in their pocket.  Robles is such a devil.  You see."

n.     "[Mel is one of the] "thieves, bitches, everything you can think of evilness.  You can throw those back to them because they will consume all of the people's money."

o.     "Robles's role in the government [ . . .] not only in the PCSO, according to our informants, is being a bagman, a grabber of our money."

p.     "Robles, lying face to face.  And he also admitted himself, it was edited.  He's claiming that he's an honest man, but it's clearer than the sunlight.  That? [He] stole it from Kamiseta [a Filipino company]."

q.     "Mel Robles.  It was during the election, I told you that [he was] colluding, right, they were paid, they were charging a talent fee, that's they call it, a fee for their lies to the politicians during the campaign.  So, ever since [Mel is] not really for Filipinos, so [he] can steal from anywhere."

r.     "Every grain [the Robleses] eat are from the money they steal from the people's money, with the money of the lottery bettors."

s.     "[Mel] conspire[s] in theft."

t.     "Every grain of rice [the Robleses] eat, every grain their family eat comes from our money, from the people's money, from the OFWs who worked hard,

stayed away from their families but Robles's wife ate and shopped using those money."

u.     "Yes, you remember, Mel Robles, it was 2023 in January when millions were spent on a party.  Dog, I vlogged about that, that's Robles's dog, millions were spent, the dog just had a birthday, a million.  They are so insensitive, so devilish.  Well, you know, I love dogs.  We don't have a problem if it's their money, but it's the Filipino people's money.  It's all our money."

v.     "The moment he sat down, I said that he is a thief and [he] will alter the Lotto because Mel Robles got rich by stealing from the LRTA when he was there during the previous administrations."

w.     "He [Mel] has common sense in stealing."

x.     "And [Mel] was given an arrest warrant for the crime of stealing from the public treasury.  And later on, they fixed it, he got through it, he's a thief's servant after all."

y.     "You're so brave.  You're son of a bitch, Mel Jackfruit because he said "you're a liar, it's a big lie" [ . . .] Isn't what you're doing a lie?  What you're doing when you steal money back when you were in El-Shaddai is not just a lie, where you were fooling the religious groups."

z.     "What you [to Mel] feed to your family is from what you stole, you're shameless to show off!  You're wearing Louis Vuitton, his green, by Robles, even if you're bathed in designer Hermes, you still look like a Davao jackfruit and durian.  You still look like thieves.  [You're a] henchman who takes your money every day by stealing from the PCSO, we will altogether rise again to become Mel-lionaire."

aa.     "These crooks [ . . . ] Robles of the PCSO, tambaluslos, the snake, will get the stolen billions or even trillions.  See?  Are you going to let those happen, my dear friends, but I'm so happy because this will continue, right?  We have spoken up, they won't remain there for a long time, they no longer have a place because they fooled us, they made us stupid."

bb.   "I hope the next leader will drug [Mel], so that [he] will return what [he] stole, starting with Robles [ . . .] with all the government agencies [. . .] we will make [him] vomit the money [he] swallowed, the nation's money.  Right?  So poor indeed."

## C.   Ms. Contreras' False Accusation That Mel Manipulated the Philippines Lottery

27.   Ms. Contreras has wrongly accused Mel of manipulating the Philippines lottery to enrich himself and allies.  Mel has never engaged in such manipulation.  Indeed, Mel has never been charged with such wrongdoing and has openly stated in government hearings that he welcomes investigations into such allegations.  No investigations have occurred because there was no wrongdoing.

28.   Ms. Contreras has made these false and wholly defamatory claims over twenty times:

a.   "[Mel] decides the winner of the Lotto every day."

b.   "Robles came, they spent 340 million on ads, wherein the lottery has no competitor, they don't need to spend on that, and Robles was ordered to explain that to the congress, but he also lied there, besides, those congressmen are also liars and pigs.  But anyway, he did not show up there to allow Robles to explain why the amount spent was 340 million and the projected net loss incurred by the PCSO was 938 million pesos."

c.   "Here in digital corruption or digital automation of PCSO but it's not for the people, but the purpose of this digital automation is to speed up their looting.  Robles will then say that this is their new modus operandi, right, new modus operandi, he is saying something like know your client so there is a registration process and everything."

d.   "Didn't you see, the 10 million that will be placed on my head so [the Robleses] can kill me, was taken from Robles's winning."

e.     "So that's what Robles is doing.  If he can free someone that is notorious, [he] can also alter the winning of the lottery."

f.     "So Mel Robles terminated the contracts of these small retailers or these lotto outlets just like that (referring to alleged 2000 lotto outlets).  This animal [ . . .] it only means one thing, my dear friends, even if he removes him or not, [he] conspire[s] in the theft."

g.     "The 1.7 billion is a huge amount of money, given to that lone bettor, there are many lives that can be saved using that.  There are a lot of livelihood programs that PCSO can provide to you, to your barangays.  But they chose to give to them, according to [a government official] in the investigation, were Robles' staff."

h.     "We are not happy, because the winners are them [ . . .] Robles [ . . .] all of their relatives, [he] made them win or [he] let [his] staff win."

i.     "How much was their prize, 698 million was like a lottery won that Robles let his staff won."

j.     "You discovered it - the people discovered that Robles [Mel Robles] is editing the pictures and there is really no one in the picture and he admitted in the Senate hearing that there's no real person but was stolen from the Kamiseta Clothing Company and a head were placed in there.  It was edited excessively."

k.     "If I am wrong here and you will take it out to the senate and you will charge it right away to the Ombudsman and you will tell the people the individuals who won because of Robles are his relatives, his staff, that's his term."

l.     "Bought a machine worth 30 million, that's the one that will generate the ticket that they want to win, according to our white snake but [a government official] doesn't want to target Robles because he might have already received billions."

m.     "If it can be edited, Robles will cheat and take those fucking pictures from that clothing company.  He can easily cheat the (winning) number [ . . .]

using the 30-million machine to generate a number, winning number, and use the serial number of Pedro, Juan, in Novaliches or wherever."

n.    "Why you have a year-end bonus with Robles?  The one who won in December, my white snake heard that Robles talked at the Court Bar and Restaurant in BGC, you had a meeting there Robles [ . . .] gave you a year-end bonus through PCSO."

o.    "[Mel] manipulate[s] the machines, that's it, because [he is] busy especially [ . . .] Robles to fund, okay, to fund the destabilization of the police."

**D.    Ms. Contreras' Untrue and Harmful Claim That Mel Engaged in Several Other Crimes**

29.    Without any evidence, Ms. Contreras has sullied the Robleses' reputation by falsely accusing Mel of committing several crimes.

30.    Ms. Contreras falsely accused Mel of extortion at least three separate times.

a.    "Do you remember what I told you that Mel Robles, okay, this bitch, is also an accomplice of the Bureau of, Bureau of internal revenue, you remember because that was [his] actions to find [ . . .] Chinese businessmen, KTV's, etc.  KTVs that are KTVs particularly in Manila in Olangapo, Chinese businessmen are being extorted by them.  How will they extort them?  So what they will do is they will find a loophole for these businessmen then they will charge 1 million to 2 million, they will charge them saying that they have a problem with their taxes."

b.    "Extorting or holding up businessmen, let's say for example, what I gave you as an example instead of 5 million or 10 million that the businessmen should pay, is what Robles is doing."

c.    "So Robles gave 30 million as a donation, for sure it's not really his money. That was given to him by those he extorted."

31.    Ms. Contreras falsely accused Mel of bribery:

a.    "Mel Robles to settle it, to bribe you."

b.    "That's Robles, conspiring to harass the artists, Chinese businessmen, the KTVs, from whom they ask for bribes!  For example, if they gave 2 million, what they will declare to the BIR [Bureau of Internal Revenue] is only 200 thousand, 1.8 is already theirs."

32.    Ms. Contreras falsely accused Mel of interfering in government investigations without any support:

a.    "[A government official] said he will investigate, with all his powers, he will do a forensic investigation.  What happened?  Everything changed.  So our white snake was right that there was a backdoor negotiation [. . .] Mel Robles stopped them."

33.    All these accusations of criminal wrongdoing are unequivocally untrue and unfounded.

### Plaintiffs Suffer Extreme Distress and Reputational Harm

34.    As a result of Defendant's malicious publication of the false and defamatory statements identified herein, Plaintiffs have been the subject of ridicule and abuse, lost esteem in the community, and have suffered extreme emotional distress and other damages.  Plaintiffs are concerned about the well-being and safety of their family, and in particular, their minor children.

### FIRST CLAIM FOR RELIEF

### (For Defamation and Defamation Per Se)

35.    Mel repeats and hereby incorporates by reference the preceding paragraphs as though set forth in full.

36.    Commencing on or about December 1, 2023 through February 2024, Ms. Contreras published a series of false statements regarding Mel to hundreds of thousands of people on her social media platforms.  Several individuals have reposted Ms. Contreras' statements and commented on the nature of her false allegations, thereby adopting and ratifying Ms. Contreras' statements contained therein.

37.    Ms. Contreras the following false and defamatory statements:

a.   "Mel Robles volunteered to get a multimillion (10M) for my head."

b.   "So before Robles left, my white snake heard that [the Robleses] were looking for a hitman, 10M pesos will be rewarded [for my head]."

c.   "I was not wrong.  Right, I showed you a picture of Robles' wife, they went shopping here and were with them when they went and they will kill me.  I told you already that I have sent them to the police, they have been recorded so their names cannot be erased.  Actually, it's not just him, I have many lists written down who are targeting my head."

d.   "I vlogged to you that I had 10 million pesos on my head and the executor of that was Mel Robles."

e.   "Didn't you see, the 10 million that will be placed on my head so [the Robleses] can kill me, was taken from Robles's winning."

f.   "That's according to our white snake, also to clean Maharlika and put 10 million on my head to silence me."

g.   "By the way, I reported Robles to the police, his name is already on alert because according to my white snake, [he has] the power to kill me, okay, for 10 million.  At first, a billion was offered for my head.  Why did it go down?"

h.   "Robles will pay 10 million of that winning to the hitman to kill me because of what I'm exposing.  And because of that I have reported them to the Los Angeles Authority."

i.   "[Mel] volunteered to take care of my head."

j.   "No one from the Senate and Congress wants to investigate those evil politicians who won because of Mel Robles, who is [an] accomplice in the looting and charging of bribe money."

k.   "[Mel is one of the] accomplices in stealing the people's money, they are the promoters.  I already reported that to you before that in less than a year, that animal Mel Robles bought a multimillion house, I think last year even his dog costs a million, his birthday celebration also cost a million."

l.      "Robles used to live in Frisco … was poor, and was trained by a religious group, Robles was trained there and had connections, and entered politics, learned to steal and loot.  Because if it's clean money, the neighbor knows that too.  So that's Robles's background in PCSO and they have planned it."

m.      "This wife of Robles is in Beverly Hills. [flashes picture of Sherwil and her minor daughter] another picture... in Vegas. [flashes picture] where will that poor person get the money but of course from looting.  They [Robles Family] are looking for property here in America to buy a house."

n.      "This [referring to Sherwil and her minor daughter] was taken in Beverly Hills, strolling Rodeo Drive and with different outfits.  YSL, not sure of the brand of the shoes but for sure branded, I'm not good with recognizing which designer.  This is to show that every penny [the Robleses] spend are stolen money from the people/government of the Philippines."

o.      "Every grain of rice [the Robleses] eat, every grain their family eat comes from our money, from the people's money, from the OFWs who worked hard, stayed away from their families but Robles's wife ate and shopped using those money."

p.      "Yes, you remember, Mel Robles, it was 2023 in January when millions were spent on a party.  Dog, I vlogged about that, that's Robles's dog, millions were spent, the dog just had a birthday, a million.  They are so insensitive, so devilish.  Well, you know, I love dogs.  We don't have a problem if it's their money, but it's the Filipino people's money.  It's all our money."

q.      "Do you remember what I told you that Mel Robles, okay, this bitch, is also an accomplice of the Bureau of, Bureau of internal revenue, you remember because that was [his] actions to find [ . . .] Chinese businessmen, KTV's, etc.  KTVs that are KTVs particularly in Manila in Olangapo, Chinese businessmen are being extorted by them.  How will they extort them?  So what they will do is they

will find a loophole for these businessmen then they will charge 1 million to 2 million, they will charge them saying that they have a problem with their taxes."

r.   "Extorting or holding up businessmen, let's say for example, what I gave you as an example instead of 5 million or 10 million that the businessmen should pay, is what Robles is doing."

s.   "So Robles gave 30 million as a donation, for sure it's not really his money. That was given to him by those he extorted."

t.   "That's Robles, conspiring to harass the artists, Chinese businessmen, the KTVs, from whom they ask for bribes!  For example, if they gave 2 million, what they will declare to the BIR [Bureau of Internal Revenue] is only 200 thousand, 1.8 is already theirs."

38.   These false statements are of and concerning the Mel in that they wrongfully allege that a) the Robleses hired a hitman to kill Ms. Contreras, b) Mel engaged in several criminal acts, such as extortion, bribery, money laundering, and the obstruction of justice, c) the Robleses stole money from the Filipino people, and d) Mel gamed the Philippines lottery system.

39.   Each of the statements set forth above carries the unmistakable defamatory meaning, both explicit and implicit, that Mel is a criminal, killer, thief, corrupt businessman, and government official.   These statements have a natural tendency to harm Mel's reputation, subject him to hatred, ridicule, or obloquy, and cause actual harm to his reputation and professional career.

40.   Ms. Contreras' statements were false.  Mel is a victim of Ms. Contreras' malicious media campaign, which injured them and caused them severe distress.

41.   Ms. Contreras knew when she made the statements set forth above that they were false, and/or acted with reckless disregard of the truth.  At the time the statements were made, Ms. Contreras had no plausible basis and no evidence to support her ludicrous claims of contract killing, theft, gaming the Philippines lottery, and other criminal actions.  She simply made them up with actual malice.

42. Ms. Contreras' statements were unprivileged.

43. Mr. Contreras' statements are defamatory per se.

44. Mel has suffered damages in an amount in excess of the jurisdictional minimum of this Court as a direct result of Ms. Contreras' false statements, including without limitation damage to his reputation; damage to his personal brand; and goodwill in the community as a businessman and government official; emotional suffering and distress; potential income and goodwill associated with lost opportunities as a result of the negative publicity associated with Ms. Contreras' allegations, and associated long-term loss of goodwill and marketability.

45. In taking the actions alleged in this Complaint, Ms. Contreras acted willfully and wrongfully, with malice, oppression, and fraud, and in conscious disregard of Mel's rights, for which conduct Mel is entitled to an award of punitive or exemplary damages.

## SECOND CLAIM FOR RELIEF

### (For Defamation and Defamation Per Se)

46. Sherwil repeats and hereby incorporates by reference the preceding paragraphs as though set forth in full.

47. Commencing on or about December 1, 2023 through February 2024, Ms. Contreras published a series of false statements regarding Sherwil to hundreds of thousands of people on her social media platforms. Several individuals have reposted Ms. Contreras' statements and commented on the nature of her false allegations, thereby adopting and ratifying Ms. Contreras' statements contained therein.

48. Ms. Contreras the following false and defamatory statements:

   a. "So before Robles left, my white snake heard that [the Robleses] were looking for a hitman, 10M pesos will be rewarded [for my head]."

   b. "I was not wrong. Right, I showed you a picture of Robles' wife, they went shopping here and were with them when they went and they will kill me. I told you already that I have sent them to the police, they have been recorded so their

names cannot be erased.  Actually, it's not just him, I have many lists written down who are targeting my head."

       c.     "Didn't you see, the 10 million that will be placed on my head so [the Robleses] can kill me, was taken from Robles's winning."

       d.     "That's according to our white snake, also to clean Maharlika and put 10 million on my head to silence me."

       e.     "Robles will pay 10 million of that winning to the hitman to kill me because of what I'm exposing.  And because of that I have reported them to the Los Angeles Authority."

       f.     "This wife of Robles is in Beverly Hills. [flashes picture of Sherwil and her minor daughter] another picture... in Vegas. [flashes picture] where will that poor person get the money but of course from looting.  They [Robles Family] are looking for property here in America to buy a house."

       g.     "This [referring to Sherwil and her minor daughter] was taken in Beverly Hills, strolling Rodeo Drive and with different outfits.  YSL, not sure of the brand of the shoes but for sure branded, I'm not good with recognizing which designer.  This is to show that every penny [the Robleses] spend are stolen money from the people/government of the Philippines."

       h.     "Every grain [the Robleses] eat are from the money they steal from the people's money, with the money of the lottery bettors."

       i.     "Every grain of rice [the Robleses] eat, every grain their family eat comes from our money, from the people's money, from the OFWs who worked hard, stayed away from their families but Robles's wife ate and shopped using those money."

       j.     "Yes, you remember, Mel Robles, it was 2023 in January when millions were spent on a party.  Dog, I vlogged about that, that's Robles's dog, millions were spent, the dog just had a birthday, a million.  They are so insensitive, so devilish.

Well, you know, I love dogs.  We don't have a problem if it's their money, but it's the Filipino people's money.  It's all our money."

k.      "These crooks [ . . .] Robles of the PCSO, tambaluslos, the snake, will get the stolen billions or even trillions.  See?  Are you going to let those happen, my dear friends, but I'm so happy because this will continue, right?  We have spoken up, they won't remain there for a long time, they no longer have a place because they fooled us, they made us stupid."

49.    These false statements are of and concerning Sherwil in that they wrongfully allege that a) the Robleses hired a hitman to kill Ms. Contreras, and b) the Robleses stole money from the Filipino people.

50.    Each of the statements set forth above carries the unmistakable defamatory meaning, both explicit and implicit, that Sherwil is a criminal, killer, thief, and corrupt.  These statements have a natural tendency to harm Sherwil's reputation, subject her to hatred, ridicule, or obloquy, and cause actual harm to herr reputation and professional career.

51.    Ms. Contreras' statements were false.  Sherwil is a victim of Ms. Contreras' malicious media campaign, which injured her and caused her severe distress.

52.    Ms. Contreras knew when she made the statements set forth above that they were false, and/or acted with reckless disregard of the truth.  At the time the statements were made, Ms. Contreras had no plausible basis and no evidence to support her ludicrous claims of contract killing, theft, and other criminal actions.  She simply made them up with actual malice.

53.    Ms. Contreras' statements were unprivileged.

54.    Mr. Contreras' statements are defamatory per se.

55.    Sherwil has suffered damages in an amount in excess of the jurisdictional minimum of this Court as a direct result of Ms. Contreras' false statements, including without limitation damage to their reputation; damage to their personal brand; and

goodwill in the community as businesspeople and government officials; emotional suffering and distress; potential income and goodwill associated with lost opportunities as a result of the negative publicity associated with Ms. Contreras' allegations, and associated long-term loss of goodwill and marketability.

56.     In taking the actions alleged in this Complaint, Ms. Contreras acted willfully and wrongfully, with malice, oppression, and fraud, and in conscious disregard of Sherwil's rights, for which conduct Sherwil is entitled to an award of punitive or exemplary damages.

## THIRD CLAIM FOR RELIEF

### (For False Light Invasion of Privacy)

57.     Plaintiffs repeat and hereby incorporate by reference the preceding paragraphs as though set forth in full.

58.     Commencing on or about December 1, 2024, Ms. Contreras published a series of fictious claims regarding Plaintiffs to the public at large on her social media platform to an audience of hundreds of thousands of viewers.  Ms. Contreras' false statements include the statements set forth at paragraphs 20 through and including 34, above, which are incorporated herein by this reference as though set forth in full.

59.     These false statements are of and concerning the Robleses in that they wrongfully allege that a) the Robleses hired a hitman to kill Ms. Contreras, b) Mel engaged in several criminal acts, such as extortion, bribery, money laundering, and the obstruction of justice, c) the Robleses stole money from the Filipino people, and d) Mel gamed the Philippines lottery system.

60.     These statements were unprivileged.

61.     The statements publicly place the Robleses in a false light which would be highly offensive to reasonable people in their positions.

62.     The statements were made with actual malice in that they were made with knowledge of their falsity and/or in reckless disregard for the truth.

63.     As a direct and proximate result of Ms. Contreras' conduct, the Robleses have suffered general and special damages in an amount to be determined at trial.

64.     Ms. Contreras acted with malice or reckless disregard for the Robleses' rights, thereby justifying an award of punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

**ON THE FIRST CAUSE OF ACTION**

1.     For damages, in an amount subject to proof, but in excess of the jurisdictional limit of this Court, plus interest at the legal rate;

2.     For punitive damages.

**ON THE SECOND CAUSE OF ACTION**

3.     For damages, in an amount subject to proof, but in excess of the jurisdictional limit of this Court, plus interest at the legal rate;

4.     For punitive damages.

**ON THE THIRD CAUSE OF ACTION**

5.     For damages, in an amount subject to proof, but in excess of the jurisdictional limit of this Court, plus interest at the legal rate;

6.     For punitive damages.

**ON ALL CAUSES OF ACTION**

7.     For costs of suit; and

8.     For such other relief as the Court may deem just and proper.

1

## **JURY DEMAND**

2

Plaintiffs demand a jury trial on all issues triable by a jury.

3

4  DATED:  July 15, 2024                    BROWN RUDNICK LLP

5

6                                                   By:   /s/ Camille M. Vasquez

7                                                          CAMILLE M. VASQUEZ
                                                          Attorneys for Plaintiffs
8                                                          MELQUIADES ROBLES and
                                                          SHERWIL ROBLES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28