UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELQUIADES ROBLES, an individual; and SHERWIL ROBLES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE CONTRERAS, an individual,<br><br>Defendant. | Case No. 2:24-cv-05945-MRA-BFM<br><br>**ORDER RE: JOINT STATEMENT RE: LIMITED DISCOVERY PLAN AND BRIEFING SCHEDULE [ECF 29]** |

On January 29, 2025, the Court ordered the parties to meet and confer and submit a short joint statement proposing (1) a limited discovery plan responsive to Plaintiff's itemized requests and (2) a briefing schedule for any renewed anti-SLAPP motion, including deadlines for filing a renewed motion, an opposition, and a reply. ECF 28. The Court, having considered the Joint Statement re: Limited Discovery Plan and Briefing Schedule (the "Joint Statement"), hereby **GRANTS** the Joint Statement and **ORDERS** as follows:

//

//

//

//

## I. LIMITED DISCOVERY

Within 20 days of the date of this Order, Plaintiffs shall serve their written discovery requests on Defendant. Defendant's responses, including any objections to the written discovery requests, shall be due 30 days thereafter. Defendant may object to Plaintiffs' written discovery requests on the grounds that the requests exceed the limitations stated in the Court's prior Order or exceed the limits on written interrogatories set forth under Federal Rule of Civil Procedure 33. The parties shall raise any discovery-related disputes with the assigned Magistrate Judge in accordance with Local Rule 37. Plaintiffs shall notice Defendant's deposition for a date within 45 days of receiving a complete set of Defendant's responses to written discovery. Any objection to the noticed deposition shall be raised with the Magistrate Judge.

## II. BRIEFING SCHEDULE FOR RENEWED ANTI-SLAPP MOTION

Upon the completion of discovery, Plaintiffs shall file on the docket and serve Defendant, by and through her counsel via email, a Notice of Completion. Defendant shall file any renewed anti-SLAPP motion within 30 days of the receipt of the Notice of Completion and notice the renewed anti-SLAPP motion in accordance with the Court's calendar and the Local Rules. All responsive briefing shall comply with the Local Rules.

IT IS SO ORDERED.

Dated: February 14, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE