SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CAMILLE M. VASQUEZ, Cal Bar No. 273377
CVasquez@sheppardmullin.com
LEO J. PRESIADO, Cal Bar No. 166721
LPresiado@sheppardmullin.com
HONIEH UDENKA, Cal Bar No. 319103
HUdenka@sheppardmullin.com
STEPHANIE P. CALNAN (admitted *pro hac vice*)
scalnan@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Plaintiffs MELQUIADES ROBLES and SHERWIL ROBLES

WINGET SPADAFORA & SCHWARTZBERG LLP
TIMOTHY W. FREDRICKS, Cal. Bar No. 238039
Fredricks.t@wssllp.com
RICHARD P. TRICKER, Cal. Bar No. 101460
Tricker.r@wssllp.com
1800 Century Park East, Suite 205
Los Angeles, CA 90067
Tel.: (310) 836-4800
Fax: (310) 836-4801

Attorney for Defendant CLAIRE CONTRERAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELQUIADES ROBLES, an individual; and SHERWIL ROBLES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE CONTRERAS, an individual,<br><br>Defendant. | Case No. 2:24-cv-05945-MRA-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

SMRH:4914-8562-5167.4

1 | Having considered the papers, and finding that good cause exists, the Parties'
2 | Stipulated Protective Order is **granted**.
3 |
4 | **IT IS SO ORDERED**.
5 |
6 | DATED: August 12, 2025
7 | HON. BRIANNA FULLER MIRCHEFF
  | UNITED STATES MAGISTRATE JUDGE

SMRH:4914-8562-5167.4