# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELQUIADES ROBLES, an individual; and SHERWIL ROBLES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE CONTRERAS, an individual,<br><br>Defendant. | Case No. 2:24-cv-05945-MRA-BFM<br><br>**ORDER GRANTING JOINT STIPULATION [53]**<br><br>Judge: Hon. Mónica Ramírez Almadani<br><br>*Filed concurrently with Joint Stipulation and Declaration of Leo J. Presiado* |

On September 19, 2025, Plaintiffs Melquiades Robles and Sherwil Robles (collectively, the "Plaintiffs") and Defendant Claire Contreras ("Defendant" and, together with Plaintiffs, the "Parties") filed a Joint Stipulation, seeking to extend the time in which to conduct Defendant's deposition.

The Court, having considered the Joint Stipulation and finding good cause therefor, hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. Plaintiffs may take Defendant's deposition after the Limited Discovery Cutoff on October 9, 2025; and

//

//

2. Defendant shall file her anti-SLAPP motion, if any, on or before October 23, 2025.

IT IS SO ORDERED.

Dated: September 22, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE